January 17, 2006

Mr. Don M. Dean
Underwood Wilson Berry Stein & Johnson
P. O. Box 9158
Amarillo, TX 79105-9158
Ms. Donna G. Davidson
Potts & Reilly, L.L.P.
401 West 15th Street, Suite 850
Austin, TX 78701

RE: Case Number: 06-0025
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE ANETTE CARLISLE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
| | |